No. 95-1933. ROGERS ET AL. v. ROGERS ET AL., *ante*, p. 816. Motion of petitioner for leave to proceed further herein *in forma pauperis* granted. Petition for rehearing denied.

No. 95-8885. SIEGEL v. DOE ET AL., *ante*, p. 830. Motion for leave to file petition for rehearing denied.

DECEMBER 4, 1996

No. 96-6907 (A-384). MILLS v. BUTTERWORTH, ATTORNEY GENERAL OF FLORIDA, ET AL. Sup. Ct. Fla. Application for stay of execution of sentence of death, presented to JUSTICE KENNEDY, and by him referred to the Court, denied. Certiorari denied.